IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY WOOD                                                                                      PLAINTIFF

V.                                                                         CAUSE NO. 3:06-CV-140-M-S

RIH ACQUISITIONS MS II, LLC                                                      DEFENDANT

## ORDER

BEFORE THE COURT is the defendant's unopposed motion to reopen discovery for the limited purpose of updating plaintiff's medical records and current condition (#115). As the plaintiff does not object to this motion, and after considering it, the court finds the motion to be well taken. Discovery shall be reopened for this limited purpose and shall be opened for ninety days. During this time period records may be obtained, and the plaintiff's deposition may be reopened for this limited purpose.

IT IS, THEREFORE, ORDERED that the defendant's motion to reopen discovery(# 115) is hereby GRANTED.

SO ORDERED, this the 11th day of September 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE